**[8odlien]** [ORDER DENYING MOTION TO AVOID LIEN]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                                  Case No. 8:09−bk−01689−CED
                                                                                        Chapter 7

Dale William Bridges
737 17th Ave North
St Petersburg, FL 33704

_____Debtor(s)_____/

ORDER DENYING MOTION TO AVOID LIEN

   THIS CASE came on for consideration upon the Motion to Avoid Lien of Adobe Builders LLC in the above−captioned case. The Court has considered the motion, together with the record, and finds that said motion is deficient as follows:

   ☑ The Motion has not been properly served pursuant to Fed. R. Bankr. P. 7004(b)(1), (3), (5), (6) and/or Fed. R. Bankr. P. 9013 upon:

       Adobe Builders in care of Registered Agent

   ☐ The Motion has not been properly served pursuant to Fed. R. Bankr. P. 7004 (h) on the Insured Depository Institution.

   ☐ The Motion does not specifically describe the property encumbered by the lien.

   ☐ The Motion does not contain the O.R. Book and Page Number or the Instrument Number used by the County where the judgment is recorded.

   ☐ The property listed in the Motion has not been specifically claimed and allowed as exempt.

   ☐ A separate motion is required for each creditor whose lien or transfer is sought to be avoided pursuant to Local Rule 4003−2.

   ☐ The Motion is not verified or accompanied with an affidavit pursuant to Local Rule 4003−2.

   ☐ Service of process is apparently not sufficient to meet the requirements of Fed. R. Bankr. P. 7004, in that the Court's Order Directing Response was returned as undeliverable.

   ☐ Service of process is apparently not sufficient to meet the requirements of Fed. R. Bankr. P. 7004, in that the Court's Order Directing Response or motion served pursuant to negative notice procedure pursuant to Local Rule 2002.4 was returned as unidentifiable by the party listed in the motion as the registered agent.

   Accordingly, it is

ORDERED

That the deficiency(s) noted in the above subparagraph(s) be, and hereby causes this Motion to be denied without prejudice to the Movant to file an amended motion curing said defect(s).

DONE AND ORDERED on August 18, 2009 .

_____
Caryl E. Delano
United States Bankruptcy Judge