UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

Dale W. Bridges,   Case No. 8:09-bk-01689-CED

   Debtor.
_____/
Dale W. Bridges, Movant
vs.
Adobe Builders LLC, Defendant

Motion Pursuant To 11 U.S.C. 522
(Motion to Avoid Lien on Personal Property)
And Notice of 20 Day Response Time

   Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files and objection within 20 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your Objection with the clerk of the court at 801 N. Florida Avenue, Tampa, Florida 33602, and serve a copy on the Movant's attorney: Andre Keith Sanders, 6702 Gulf Blvd, St Pete Beach, FL 33706.

   If you file and serve an objection within the time permitted, the court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the court will consider that you do not oppose the granting of the relief request in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

   Comes Now Dale W. Bridges, Debtor in the above styled action and files this Motion Pursuant to 11 U.S.C. 522 (f)(1) (Motion to Avoid Lien), and would show:

1. That the following personal property is encumbered by Adobe Builders LLC's lien:
   (a) Cash of $10
   (b) SunTrust checking account of $50
   (c) Miscellaneous household appliances and furnishings worth $650
   (d) Miscellaneous jewelry worth $150
   (e) A computer worth $100

2. That the personal property described in Paragraph 1 is exempt pursuant to F.S. 222.04 and the Article X, Sec. 4 (a) (2) of the Florida Constitution and was so listed in Schedules B and C of his petition.

3. That Adobe Builders is claiming a lien on said property by virtue of judgment and has a recorded lien in Pinellas County, Florida with O.R. Book Number 16588 and Page Number 2235-002 that impairs Debtor's allowed exemptions on the described property.

4. That said purported lien constitutes a diminishing and impairment of Debtor's exemptions.

5. That Debtor requests the Court to modify the rights of the above referenced creditor.

6. That said lien was recorded on May 7, 2009 and is also voidable as a transfer within 90 days of filing this action.

Wherefore, Debtor prays that this Honorable Court enter its Order avoiding the lien of Adobe Builders LLC.

/s/ Andre Keith Sanders
Andre Keith Sanders, Esq.
Florida Bar No: 883840
6702 Gulf Blvd
St. Pete Beach, FL 33706
(727) 209-0744 Office
(888) 711-8435 Facsimile

### AFFIDAVIT

The undersigned Debtor has read the foregoing Motion to Avoid Lien and does swear or affirm that the facts as stated in the Motion are true and correct to the best of his knowledge and belief.

/s/ Dale W. Bridges
Dale W. Bridges – Debtor