# United States Bankruptcy Court
## Middle District of Florida

In re  **Dale William Bridges**                                    Case No.  _8:09-bk-01689-CED_
                              Debtor(s)                             Chapter   _7_

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned,  **Dale William Bridges** , declares under penalty of perjury that:

   1.   I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

   2.   The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

   3.   I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

_/s/ Dale William Bridges_
**Dale William Bridges**
Signature of Debtor
or other claimant

### Verified Document(s):

Full Descriptive Title                                             Date Executed
_Motion to Avoid Lien_                                             _9/24/09_

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy