UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:09-bk-01689-CED

Dale W. Bridges,  Chapter 7

        Debtor.
_____/

## ORDER GRANTING MOTION TO AVOID JUDICIAL LIEN

THIS CASE came on for consideration of the Debtor's Motion to Avoid Lien of Adobe Builders LLC (Doc. No. 32). The Motion was filed on negative notice pursuant to Local Rule 2002-4, and no objections were filed during the time period for responses. The Court has reviewed the Motion together with the record, and makes the following findings:

1. A Final Judgment in favor of Adobe Builders LLC was entered on May 7, 2009, and recorded in Book 16588, Page 2235-002 on May 7, 2009 by the Clerk of the Circuit Court, Pinellas County, Florida.

2. The Final Judgment is a judicial lien that impairs the Debtor's personal property, described as:

    (a) Cash of $10
    (b) SunTrust checking account of $50
    (c) Miscellaneous household appliances and furnishings worth $650
    (d) Miscellaneous jewelry worth $150
    (e) A computer worth $100

3. Pursuant to 11 U.S.C. § 522(f), the judicial lien is avoided because it impairs an exemption to which the Debtor is entitled.

4. The judicial lien of Adobe Builders LLC shall be deemed void, and shall be extinguished automatically, without further court order, upon entry of the Debtor's discharge in this case;

provided, however, that the Court reserves jurisdiction to consider, if appropriate, the avoidance of Adobe Builders LLC's judicial lien prior to the entry of the Debtor's discharge.

Accordingly, it is

**ORDERED** that the Motion to Avoid Lien (Doc. No. 32) is GRANTED.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on ___October 28, 2009___

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

Copies furnished to:

U.S. Trustee, 501 E. Polk St., Suite 1200, Tampa, Florida 33602
Angela Welch Esposito, Trustee, PO Box 549, Odessa, FL 33556-0549
Adobe Builders c/o Registered Agent James O'Brien, 1686 W. Hibiscus Blvd, Melbourne, FL 32901
Adobe Builders c/o President David A. Bistarkey, 3400 Seabird Lane, Micco, FL 32976 by certified U.S. mail
Adobe Builders, 2115 Palm Bay Road, Suite 6E, Palm Bay, FL 32905
Dale Bridges, Debtor, 6548 Pompano Place South, St Petersburg, FL 33707